SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>            Plaintiff,<br><br>      vs.<br><br>Lone Pine Motel LLC,<br><br>            Defendant | Case No. **2:10-cv-01854-MCE-DAD**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL NOVEMBER 15, 2010 FOR DEFENDANT LONE PINE MOTEL LLC INDIVIDUALLY AND D/B/A LONE PINE LODGE MOTEL TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Lone Pine Motel LLC, Individually and d/b/a Lone Pine Lodge Motel, by and through, Scott N. Johnson; Lone Pine Motel LLC, stipulate as follows:

1. An extension of time has been previously obtained for Defendant Lone Pine Motel LLC,

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

Individually and d/b/a Lone Pine Lodge Motel, until October 15, 2010 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendant Lone Pine Motel LLC, Individually and d/b/a Lone Pine Lodge Motel is granted an extension until November 15, 2010 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendant Lone Pine Motel LLC, Individually and d/b/a Lone Pine Lodge Motels' response will be due no later than November 15, 2010.

IT IS SO STIPULATED effective as of October 13, 2010.

Dated:   October 25, 2010              By:/s/ Syed Chowdaury___

                                       Lone Pine Motel LLC,

                                       Defendant

Dated:   October 13, 2010              /s/Scott N. Johnson ____

                                       Scott N. Johnson,

                                       Attorney for Plaintiff

**IT IS SO ORDERED:** that Lone Pine Motel LLC, Individually and d/b/a Lone Pine Lodge Motel shall have until November 15, 2010 to respond to complaint.

Dated: November 12, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 3